UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 93-10071-RWZ

UNITED STATES OF AMERICA

v.

MARK R. COOK

<u>ORDER</u>

December 19, 2006

ZOBEL, D.J.

The defendant, Mark R. Cook, is hereby ordered to complete a financial statement and to provide the financial statement with supporting documentation to the Financial Litigation Unit of the United States Attorney's Office and to the United States Probation Department within thirty (30) days of this Order.  Upon receipt of this financial information, the court will consider the defendant's motion for relief of the restitution ordered pursuant to Criminal No. 93-10071-RWZ.

So ordered.


__December 19, 2006__                       _____/s/Rya W. Zobel_____
DATE                                                         RYA W. ZOBEL
                                                    UNITED STATES DISTRICT JUDGE